461-15

# ELECTRONIC RECORD

COA #   11-13-00296-CR            OFFENSE:   22.021

STYLE: **Archer Lee Evans v.**
**The State of Texas**           COUNTY:   Taylor

COA DISPOSITION:      AFFIRMED          TRIAL COURT:  350th District Court

DATE: 3/31/15                Publish: NO   TC CASE #:     10795-D

# IN THE COURT OF CRIMINAL APPEALS

STYLE: **Archer Lee Evans v.**
**The State of Texas**            CCA #:  **PD-0461-15**

_____PRO SE_____ Petition        CCA Disposition: _____
FOR DISCRETIONARY REVIEW IN CCA IS:     DATE: _____
_____REFUSED_____          JUDGE: _____
DATE: ___09/16/2015___        SIGNED: _____     PC: _____
JUDGE: _____         PUBLISH: _____     DNP: _____

-------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**